**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| BIAGIO MUSTO and STEVIE ROSE MUSTO, <br><br> Plaintiffs, <br><br> v. <br><br> OFFICE DEPOT, INC., *et al.*, <br><br> Defendants. | NO. 3:18-CV-02427 <br><br> (JUDGE CAPUTO) |
| OFFICE DEPOT, INC., *et al.*, <br><br> Third-Party Plaintiffs, <br><br> v. <br><br> GIRARD J. MECADON, *et al.*, <br><br> Third-Party Defendants. | |

**ORDER**

**NOW**, this 9th day of July, 2019, **IT IS HEREBY ORDERED** that:

(1) Third-Party Defendants Girard J. Mecadon, GJM Holdings, LLC, and the Law Office of Girard J. Mecadon's Motions to Dismiss the Third-Party Complaint (Docs. 12, 18) are **GRANTED**. The Third-Party Complaint is **DISMISSED without prejudice**.

(2) All other pending motions (Docs. 9, 10), which relate to the Third-Party Complaint, are **DENIED as moot**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge